NEW YORK, SUSQUEHANNA AND WESTERN RAILROAD COMPANY, APPELLANT, v. TAYLOR-FICHTER STEEL CONSTRUCTION COMPANY, INCORPORATED, RESPONDENT.

Submitted October 30, 1936—Decided January 22, 1937.

For the appellant, *Collins & Corbin.*

For the respondent, *Milton, McNulty & Augelli.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, BODINE, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 11.

*For reversal*—None.